AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FILED
IN CLERKS OFFICE
2013 JAN 30  A 9: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
ONE UNITED STATES POSTAL SERVICE EXPRESS MAIL PACKAGE BEARING THE TRACKING NUMBER EI805314586US ADDRESSED TO PAUL RENYLDS 1309 MAIN AVE., SACRAMENTO, CA 95838 AND BEARING A RETURN ADDRESS OF GEORGE DEROO, 18 JACKSON ST., CAMBRIDGE, MA 02140.

)
)
)
) Case No. 13-mj-1057-RBC
)
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of MASSACHUSETTS
*(identify the person or describe the property to be searched and give its location):*
One United States Postal Service Express Mail Package bearing the tracking number EI805314586US addressed to Paul Reynlds, 1309 Main Ave., Sacramento, CA 95838 and bearing a return address of George Deroo, 18 Jackson St., Cambridge, MA 02140.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Section 841(a)(1) and 843(b), including narcotics, money, records relating to narcotics and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  February 5, 2013
                                                                                          *(not to exceed 14 days)*
☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Robert B. Collings_____.
                         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  January 22, 2013  ut 12:40 pm          _____
                                                                                                        *Judge's signature*

City and state:   Boston, MA                                   Robert B. Collings, United States Magistrate Judge
                                                                                           *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 13-MJ-1057 RBC | 1/22/13  2:00 PM | Postmaster Boston |

Inventory made in the presence of:
Postal Inspector Brian Evans

Inventory of the property taken and name of any person(s) seized:

$13,000 U.S. currency concealed within a metal container.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/22/13

_Executing officer's signature_

STEPHEN DOWD  U.S. Postal Inspector
_Printed name and title_